AO 442 (Rev. 01/09) Arrest Warrant

FID 11546295

# UNITED STATES DISTRICT COURT
for the
District of Columbia

RECEIVED
By USMS District of Columbia District Court at 10:17 am, Jun 25, 2024

United States of America
v.
Jeanette Mangia

Case No. CR 23-288-02 (BAH)

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jeanette Mangia
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☒ Order of the Court

This offense is briefly described as follows:

See attached minute order and motion to revoke release order


Date:  06/25/2024

*Issuing officer's signature*

City and state:  Washington D.C.

BERYL A. HOWELL           U.S. DISTRICT JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 06/25/24, and the person was arrested on *(date)* 07/23/24
at *(city and state)* Washington DC

Date: 07/23/2024

*Arresting officer's signature*

Stephen H. Lowe  DUSM
*Printed name and title*