UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | Case No. 23-cr-288 (BAH) |
| | : | |
| **JEANETTE MANGIA,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this status report in response to this Court's September 7, 2024, Order. ECF No. 108.

The Bureau of Prisons has confirmed that the defendant, Jeanette Mangia, has been designated to the Federal Detention Center ("FDC") Miami, where she will be examined to determine whether she is presently suffering from a mental disease or defect rendering her mentally incompetent. Ms. Mangia has not yet been transported to FDC Miami, and the Records Office of the District of Columbia Department of Corrections has confirmed that Ms. Mangia currently remains in their custody.

On Friday, September 20, 2024, undersigned counsel spoke with representatives of the U.S. Marshals Service regarding this matter. The U.S. Marshals Service confirmed that Ms. Mangia's transport from the District of Columbia to FDC Miami has been scheduled and will take place shortly.

                                                                                                                 Respectfully submitted,

                                                                                                                  MATTHEW M. GRAVES
                                                                                                                  United States Attorney
                                                                                                                  D.C. Bar No. 481052

/s/ *Sean P. McCauley*
SEAN P. McCAULEY
Assistant United States Attorney
NY Bar No. 5600523
601 D Street NW
Washington, DC 20530
Sean.McCauley@usdoj.gov

/s/ *Sean J. Brennan*
SEAN J. BRENNAN
Assistant United States Attorney
NY Bar No. 5954128
601 D Street NW
Washington, DC 20530
sean.brennan@usdoj.gov